IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| **ARMAND RASHAD BROWN,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CASE NO: 7:24-cv-40-WLS |
| | : | |
| **TYLER VANDER ZANDEN,** | : | |
| **CHRIS HICKS, and** | : | |
| **MATTHEW DELACRUZ** | : | |
| | : | |
| Defendants. | : | |

_____

## ORDER

Presently before the Court is the *pro se* Plaintiff's handwritten statement: "I Armand Brown voluntarily dismiss without prejudice." (Doc. 4) ("Notice") filed July 1, 2024. The Court treats the Notice as a voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i),[1] in which Plaintiff dismisses, without prejudice, all claims against Defendants Tyler Vander Zanden, Chris Hicks, and Matthew Delacruz. The Plaintiff has not filed the recast complaint and none of the Defendants have served an answer or motion for summary judgment in this action.

For the purpose of completing the record, the Court acknowledges and **CONFIRMS** Plaintiffs' Notice. The above-captioned action is **DISMISSED, WITHOUT PREJUDICE,** as to all Defendants. The parties shall bear their own fees and costs. The Clerk is **DIRECTED** to close this case.

**SO ORDERED**, this 3rd day of July 2024.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

---

[1] Fed. R. Civ. P. 41(a)(1)(A)(i) provides that "[T]he Plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment[.]"

1