IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| ARMAND RASHAD BROWN, | * |
| Plaintiff, | * |
| v. | Case No. 7:24-cv-40 (WLS) |
| | * |
| TYLER VANDER ZANDEN, et al., | |
| | * |
| Defendants. | |
| _____ | * |

# **J U D G M E N T**

Pursuant to this Court's Order dated July 3, 2024, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 5th day of July, 2024.

David W. Bunt, Clerk

s/ Kathleen S. Logsdon, Deputy Clerk